■ WILLIAM HIGGINS, Respondent, v PRUDENTIAL GRACE LINES, INC., Appellant. — Appeal from an order of the Supreme Court, Kings County, entered May 21, 1980, dismissed, without costs or disbursements. Said order was superseded by a further order of the same court, dated June 25, 1980, which, upon reargument, adhered to its original determination. Order dated June 25, 1980 affirmed insofar as appealed from, without costs or disbursements. No opinion. Hopkins, J. P., Titone, Mangano and Gibbons, JJ., concur.

■ ERNEST HOLZBERG, Appellant, v BERNARD FEUERSTEIN et al., Respondents. — In an action to recover the value of legal services allegedly rendered, plaintiff appeals from so much of an order of the Supreme Court, Westchester County, entered July 9, 1980, as denied that part of his motion, which is to dismiss the first, second and third affirmative defenses in the amended answer. Order reversed insofar as appealed from, on the law, with $50 costs and disbursements, and that part of plaintiff's motion which is to dismiss the defendants' first, second and third affirmative defenses is granted. The first, second and third affirmative defenses of the amended answer plead mere conclusions of law and are totally bereft of factual data (see *Glenesk v Guidance Realty Corp.,* 36 AD2d 852). They cannot be sustained by drawing upon dismissed counterclaims from the superseded original answer. Damiani, J. P., Cohalan, Margett and Weinstein, JJ., concur.

■ JAMAICA SAVINGS BANK, Respondent, v ALLEY SPRING APARTMENTS CORP. et al., Defendants, and CITY PARTNERS et al., Appellants. — Two orders of the Supreme Court, Queens County, entered April 21, 1980 and August 13, 1980, respectively, affirmed, with one bill of $50 costs and disbursements, on the opinion of Mr. Justice Graci at Special Term. Two orders of the Supreme Court, Queens County, entered April 21, 1980 and August 13, 1980, respectively, affirmed, with one bill of $50 costs and disbursements. No opinion. Lazer, J. P., Mangano, Gibbons and Gulotta, JJ., concur.